UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2004 JAN 13 P 3: 33

FRANCIS E. DYBES, AND OTHERS            )    COURT
SIMILARLY SITUATED,                     )    MASS
                                        )
        Plaintiffs                      )
                                        )
            v.                          )    C.A. FILE NO._____
                                        )
DELTA ELEVATOR SERVICE                  )
CORPORATION d/b/a                       )
DELTA/BECKWITH ELEVATOR                 )    04cv10076MLW
COMPANY                                 )
                                        )
        Defendants                      )

CORPORATE DISCLOSURE STATEMENT


Defendant Delta Elevator Service Corporation d/b/a/ Delta/Beckwith Elevator Company

is a wholly owned subsidiary of North American Elevator Service, Inc.


Burlington, Vermont.                January 12, 2004

                                    Patricia M. Sabalis
                                    BBO # 436730
                                    Downs Rachlin Martin PLLC
                                    199 Main Street, P.O. Box 190
                                    Burlington, VT  05402-0190
                                    (802) 863-2375