UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS E. DYBES, AND OTHERS SIMILARLY SITUATED, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DELTA ELEVATOR SERVICE )<br>CORPORATION d/b/a )<br>DELTA/BECKWITH ELEVATOR )<br>COMPANY, )<br>)<br>Defendants ) | C.A. FILE NO. 04 CV 10076 MLW |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Delta Elevator Service Corporation d/b/a/ Delta/Beckwith Elevator Company ("Defendant") hereby moves for leave to file a Reply Brief to Plaintiff's Opposition to Defendant's Motion to Dismiss ("Opposition"). As grounds for its Motion, Defendant submits that (1) Plaintiff's contention in his Opposition that two important facts are undisputed is inaccurate and misleading, (2) that Plaintiff's arguments mischaracterize the holding of the Arbitrator's Award, which of necessity was a determination that the collective bargaining agreement applied to the dispute, and (3) that Plaintiff's reasoning about the effect of NLRB deferral pursuant to *Collyer Insulated Wire* is incorrect. Defendant contends that a succinct Reply Brief will assist the court in disposing of the motion appropriately.

DOWNS
RACHLIN
MARTIN PLLC

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), undersigned counsel certifies that on February 3, 2004, she conferred with Plaintiffs' counsel, and Plaintiff's counsel has agreed that Plaintiff will not oppose Defendant's Motion for Leave to File a Reply Brief.

WHEREFORE, Defendant respectfully request that this Court grant Defendant's Motion for Leave to File a Reply Brief.

Burlington, Vermont.                    February 3, 2004

                                                          Patricia M. Sabalis
                                                          BBO # 436730
                                                          Downs Rachlin Martin PLLC
                                                          199 Main Street, P.O. Box 190
                                                          Burlington, VT  05402-0190
                                                          (802) 863-2375

                                                          Attorneys for Delta Elevator Service Corporation d/b/a/ Delta/Beckwith Elevator Company

BTV.257716.4

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCIS E. DYBES, AND OTHERS SIMILARLY SITUATED,  )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DELTA ELEVATOR SERVICE )<br>CORPORATION d/b/a )<br>DELTA/BECKWITH ELEVATOR )<br>COMPANY )<br>)<br>Defendants ) | C.A. FILE NO. 04 CV 10076 MLW |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I served Defendant's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss via first-class mail, prepaid and addressed as follows:

Michael J. Doheny, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

Burlington, Vermont.                    February 3, 2004

*Patricia M. Sabalis* (signature)
Patricia M. Sabalis
BBO # 436730
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT  05402-0190
(802) 863-2375

BTV.257777.2