UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FRANCIS E. DYBES, AND OTHERS )
SIMILARLY SITUATED, )
)
Plaintiffs )
)
v. )        C.A. FILE NO. 04 CV 10076 MLW
)
DELTA ELEVATOR SERVICE )
CORPORATION d/b/a )
DELTA/BECKWITH ELEVATOR )
COMPANY )
)
Defendants )

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served Defendant's Reply Brief to Plaintiff's

Opposition to Defendant's Motion to Dismiss via first-class mail, prepaid and addressed as

follows:

Michael J. Doheny, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

Burlington, Vermont.                    March 1, 2004.

_Patricia M. Sabalis_
Patricia M. Sabalis
BBO # 436730
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT  05402-0190
(802) 863-2375

BTV.257777.4

DOWNS
RACHLIN
MARTIN PLLC