# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

*Also Admitted to the
 New Hampshire Bar

**Also Admitted to
 the California Bar

April 29, 2004

Dennis O'Leary, Deputy Clerk
U.S. District Court for the
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02222

Re: **Francis E. Dybes, et al. v. Delta Elevator Service d/b/a Delta Beckwith Elevator Company**, C.A. No. 04 CV 10076 MLW

Dear Mr. O'Leary:

The above case is ready to be heard. May we have a date for oral argument on the pending motion?

Thank you for your attention and assistance.

Very truly yours,

Paul F. Kelly

Cc: Patricia M. Sabalis, Esq.

Pfk/3002/03401/O'Leary.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187