```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

FRANCIS E. DYBES
    Plaintiff      CIVIL ACTION
              NO. 04-10076-MLW
  V.

DELTA ELEVATOR SERVICE COMPANY
    Defendants

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

  PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE/MOTION HEARING scheduled for **AUGUST 26, 2004 at 3:00 p.m.** has been CANCELLED.

                  TONY ANASTAS, CLERK

August 23, 2004       By: /s/ Dennis O'Leary
Date             Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                 [ntchrgcnf.]