

PATRICIA SABALIS
psabalis@drm.com
Fax: (802) 862-7512

VIA FEDERAL EXPRESS

August 24, 2004

Tony Anastas, Clerk of Court
U.S. District Court for the District of
Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:   Francis E. Dybes, and Others Similarly Situated v. Delta Elevator Service Corporation
      d/b/a Delta/Beckwith Elevator Company
      C.A. File No. 04 CV 10076 MLW

Dear Clerk Anastas:

Enclosed for filing with the Court is the certified copy of all records and proceedings in the state court and of all docket entries in the state court.

Thank you for your assistance.  Please feel free to contact me if you have any questions.

Sincerely,

*Patricia M. Sabalis* (signature)

Patricia M. Sabalis

Encs.

cc w/encs.: Michael J. Doheny, Esq.

Tony Anastas
March 1, 2004
Page 2


I hereby certify that a true copy of the above document and attachments was served upon Michael J. Doheny, Esq., attorney of record for Plaintiff, by mail on August 24, 2004.

*Patricia M. Sabalis*
Patricia M. Sabalis

DOWNS RACHLIN MARTIN PLLC

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the
New Hampshire Bar

\*\*Also Admitted to
the California Bar

December 22, 2003

*BY HAND*

Roxbury District Court
Civil Clerk
85 Warren Street
Roxbury, MA 02119

Re: **Francis E. Dybes, et al. v. Delta Elevator Service**

To Whom It May Concern:

Enclosed for filing please find an original and one (1) copy of the Complaint and a Statement of Damages form relative to the above-referenced matter. Also enclosed please find a check for $195.00 for filing fees. Kindly date-stamp, including the docket number, the copy and return it to this office with the messenger.

Thank you for your attention and assistance.

Very truly yours,

Michael J. Doheny

Encl.

Cc: Michael Langer, Business Manager, IUEC, Local 4

Pfk/3002/03401/clerk2.doc

DEC 22 PM 2:52

TEL: (617) 742-0208 • FAX: (617) 742-2187

| | | | |
|---|---|---|---|
| **CIVIL DOCKET** | **DOCKET NUMBER** 200302CV000550 | | **Trial Court of Massachusetts District Court Department** |

| CASE NAME | CURRENT COURT |
|---|---|
| FRANCIS E. DYBES, AND OTHERS SMIMILARY SITUATED vs. DELTA ELEVATOR SERVICE CORPORATION A/K/A COMPANY DELTA/BECKWITH ELEVETOR | Boston Municipal Court, Roxbury Div. 85 Warren Street Roxbury, MA 02119-3294 (617) 427-7000 |

| ASSOCIATED DOCKET NO. | DATE FILED | DATE DISPOSED | |
|---|---|---|---|
| | 12/24/2003 | 00/00/0000 | |

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01   FRANCIS E. DYBES, AND OTHERS SMIMILARY SITUATED | PAUL F. KELLY 11 BEACON ST BOSTON, MA 02108 (617) 742-0208 |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01   DELTA ELEVATOR SERVICE CORPORATION   A/K/A COMPANY DEL | |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 12/24/2003 | Complaint filed on 12/24/2003 at Boston Municipal Court, Roxbury Div.. |
| 2 | 12/24/2003 | Appearance for Francis E. Dybes, And Others Smimilary Situated filed by Attorney PAUL F. KELLY 11 Beacon St Boston MA 02108 BBO# 267000 |
| 3 | 12/24/2003 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 12/24/2003 | Case Inactivated: No future events scheduled. |
| 5 | 01/13/04 | Notice Of Filing Notice Of Removal Filed And Cert. Of Service |

| Page 1 of 1 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 12/24/2003 11:49 AM

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                           DISTRICT COURT DEPARTMENT OF
                                                       THE TRIAL COURT,
                                                       ROXBURY DIVISION

|   |   |
|---|---|
| FRANCIS E. DYBES, AND )<br>OTHERS SIMILARLY SITUATED, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DELTA ELEVATOR SERVICE )<br>CORPORATION d/b/a )<br>DELTA/BECKWITH ELEVATOR )<br>COMPANY, )<br><br>Defendant. ) | C.A. No. |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Introduction

1. This is an action for non-payment of wages owed under G.L. c. 149, § 148. Plaintiff Francis E. Dybes works as an elevator service mechanic for Defendant Delta Elevator Service Corporation d/b/a Delta/Beckwith Elevator Company ("Delta/Beckwith"). Francis E. Dybes and others similarly situated to him were not paid holiday pay by Delta/Beckwith for Columbus Day, October 13, 2003, although Dybes and others similarly situated to him should have received such compensation. Plaintiff Dybes brings this action for damages on his own behalf and for others similarly situated, as provided in G.L. c. 149, § 150.



## Parties

2. Plaintiff Francis E. Dybes resides at 9 Chambers Court, Mansfield, Bristol County, Massachusetts.

3. Defendant Delta Elevator Service Corporation d/b/a Delta/Beckwith Elevator Company is a corporation duly organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 274 Southampton Street, Boston, Suffolk County, Massachusetts.

## Facts

4. Plaintiff Dybes has been employed by Defendant or its predecessor for approximately 30 years.

5. Prior to 2002, Defendant paid to Plaintiff Dybes holiday pay for Columbus Day each year, pursuant to an agreement between the parties.

6. In 2002 Defendant initially disputed Plaintiff Dybes' right to wages for Columbus Day, but eventually paid Plaintiff Dybes for Columbus Day 2002, following final and binding arbitration of the matter between Plaintiff's collective-bargaining representative, International Union of Elevator Constructors, Local 4, AFL-CIO, and Delta/Beckwith, in which the arbitrator determined that Delta/Beckwith was obligated to pay certain of its employees for Columbus Day.

7. Plaintiff Dybes was entitled to holiday pay for Columbus Day, October 13, 2003.

8. Defendant failed and refused to pay Plaintiff Dybes for Columbus Day 2003.

9. On information and belief, there are other employees of Defendant similarly situated to Plaintiff Dybes.

10. On information and belief, other employees of Defendant are owed wages, as defined in G.L. c.149, §148, for Columbus Day 2003, pursuant to agreements between Defendant and those employees.

11. On information and belief, Defendant has failed and refused to pay holiday pay to those similarly situated employees.

12. Plaintiff Dybes made a demand of Defendant for the wages owed to him, but Defendant has still failed and refused to pay him those wages.

13. On November 17, 2003, a Non-Payment of Wage Complaint Form regarding this matter was filed with the Attorney General's Office.

14. By letter dated November 24, 2003, the Attorney General's Office authorized Plaintiff Dybes to immediately pursue this matter through a civil lawsuit.

## Cause of Action

15. Plaintiffs incorporate herein paragraphs 1 through 14 above.

16. This is a cause of action against Defendant, under G.L. c. 149, §§ 148 and 150, for failure to pay wages due to Plaintiffs.

## Prayer For Relief

WHEREFORE, Plaintiffs pray for relief as follows:

A. For Judgment against Defendant in the amount of Plaintiffs' damages, trebled, with interest, costs, and attorneys fees;

B. For such other and further relief as the Court deems just and proper.

## Jury Claim

Plaintiffs claim a trial by jury on all issues so triable.

Respectfully submitted,

FRANCIS E. DYBES
AND OTHERS SIMILARLY SITUATED

By their attorneys,

*[signature]*

Paul F. Kelly, Esq., BBO #267000
Michael J. Doheny, Esq., BBO #644476
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208

Dated:  December 22, 2003

Pfk/3002/03401/complaint.doc

4



Patricia Sabalis
psabalis@drm.com
Fax: (802) 862-7512

January 12, 2004

VIA FEDERAL EXPRESS

Clerk's Office
District Court Department of the Trial Court
Roxbury Division
85 Warren Street
Roxbury, MA  02119

Re:   Francis E. Dybes, and Others Similarly Situated v. Delta Elevator Service Corporation
      d/b/a Delta/Beckwith Elevator Company
      C.A. File No. 03 02 CV 0550

Dear Sir/Madam:

Enclosed please find a Notice of Filing Notice of Removal in the above-reference matter. Also enclosed is a Certificate of Service. Please contact me if you have any questions.

Sincerely,

Patricia M. Sabalis

Encs.

cc w/encs.:   Michael J. Doheny, Esq.

BTV.257773.1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, ROXBURY DIVISION

FRANCIS E. DYBES, AND OTHERS SIMILARLY SITUATED, )
)
)
Plaintiffs )
)
v. )
) C.A. File No. 03 02 CV 0550
DELTA ELEVATOR SERVICE )
CORPORATION d/b/a )
DELTA/BECKWITH ELEVATOR )
COMPANY )
)
Defendants )

JAN 13 9:45

## NOTICE OF FILING NOTICE OF REMOVAL

TO: THE CLERK OF THE DISTRICT COURT DEPARTMENT OF THE TRIAL COURT, ROXBURY DIVISION

Please take notice that on January __, 2004, Defendant filed in the United States District Court for the District of Massachusetts a Notice of Removal with respect to the complaint sent by Plaintiff Francis E. Dybes to Delta Elevator Service Corporation. This filing effects removal to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1441. A copy of the Notice of Removal and related papers is attached.

Burlington, Vermont.    January 12, 2004

_Patricia M. Sabalis_
Patricia M. Sabalis
BBO #436730
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375

BTV.257716.2
DOWNS
RACHLIN
MARTIN PLLC