```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

FRANCIS E. DYBES,              )
     Plaintiff,                )
                               )
        v.                     )   C.A. No. 04-10076-MLW
                               )
DELTA ELEVATOR SERVICES        )
CORP.,                         )
     Defendant.                )
```

ORDER

WOLF, D.J.                                        August 30, 2004

The hearing on the motion to dismiss is hereby RESCHEDULED for September 14, 2004, at 3:00 p.m.

The parties shall, by September 10, 2004, file supplemental memoranda addressing whether the court has subject matter jurisdiction in this case under the well-pleaded complaint rule if the court finds that plaintiff's cause of action is not preempted. See Penobscot Nation v. Georgia-Pacific Corp., 254 F.3d 317, 321 (1st Cir. 2001).

```
                               /s/ MARK L. WOLF
                          UNITED STATES DISTRICT JUDGE
```