UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>FRANCIS DYBES</u>
        Plaintiff         CIVIL ACTION
                             NO. <u>04-10076-MLW</u>
  V.

<u>DELTA ELEVATOR SERVICES CORP.</u>
        Defendant


<u>CANCELLATION/RESCHEDULING NOTICE</u>

<u>WOLF, D.J.</u>


    PLEASE TAKE NOTICE that the MOTION HEARING/SCHEDULING CONFERENCE originally scheduled for **SEPTEMBER 14, 2004 at 3:00 p.m.** has been CANCELLED. It has been RESCHEDULED for **SEPTEMBER 15, 2004 at 11:00 a.m.** before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u>.


                                         TONY ANASTAS, CLERK


<u>September 2, 2004</u>         By: <u>/s/ Dennis O'Leary</u>
Date                             Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                               [ntchrgcnf.]