UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CA04-10076__

| Francis Dybes | Delta Elevator Services |
|---|---|
| __PLAINTIFF__ | __DEFENDANT__ |
| Michael Doheny | Patricia Sabalis |
| Paul Kelly | |
| __COUNSEL FOR PLAINTIFF__ | __COUNSEL FOR DEFENDANT__ |

JUDGE__Wolf__    CLERK__O'Leary__    REPORTER__Twomey__

__CLERK'S NOTES__

| DATES: | Motion Hearing Held |
|---|---|
| 09/15/04 | Court listens to oral argument on the defendant's motion to dismiss (docket no. 3). Court denies the motion |
| | and allows the plaintiff's request to remand the case. Court denies plaintiff's request for attorney's fees. |
| | Defendant asks the court to stay its order of remand for two weeks so that it may seek an appeal of the denial |
| | of its motion to dismiss. Court grants the request and will stay the order of remand until 10/1/2004. Court |
| | directs the parties order a copy of the transcript of today's hearing. |