```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

FRANCIS E. DYBES,              )
     Plaintiff,                )
                               )
          v.                   )    C.A. No. 04-10076-MLW
                               )
DELTA ELEVATOR SERVICES        )
CORP.,                         )
     Defendant.                )
```

ORDER

WOLF, D.J.                                      September 17, 2004

The attached unpublished August 19, 1999 Memorandum and Order in Sullivan v. Raytheon, C.A. No. 98-12395-MLW, is hereby made part of the record in this case.

```
                              /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE
```